# Exhibit B

Case 4:15-cv-00414 Document 1-2 Filed in TXSD on 02/13/15 Page 2 of 9

1/23/2015 2:42:57 PM
Chris Daniel - District Clerk Harris County
Envelope No. 3879722
By: Cassandra Durisseau
Filed: 1/23/2015 2:42:57 PM

2015-03821 / Court: 215

CAUSE NO. _____

| | | |
|---|---|---|
| MICHAEL R. STANFIELD<br>*Plaintiff*<br>V.<br><br>BOSTON SCIENTIFIC<br>CORPORATION and<br>GUIDANT CORPORATION<br>*Defendants* | § § § § § § § § § | IN THE DISTRICT COURT OF<br><br>HARRIS COUNTY, TEXAS<br><br><br><br>_____ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff **MICHAEL R. STANFIELD**, and files this, his Original Petition complaining of Defendants **BOSTON SCIENTIFIC CORPORATION** and **GUIDANT CORPORATION**, and for cause would show the Court the following:

### I. DISCOVERY CONTROL PLAN

1. Plaintiff intends to conduct discovery under Level 2 of Tex. R. Civ. P. 190.3.

### II. PARTIES AND SERVICE

2. Plaintiff, **MICHAEL R. STANFIELD**, an individual, is a resident of Harris County, Texas.

3. Defendant, **BOSTON SCIENTIFIC CORPORATION** (hereinafter "BOSTON SCIENTIFIC"), is a foreign corporation whose registered agent for service is CORPORATION SERVICE COMPANY, 211 E. 7TH STREET, SUITE 620, AUSTIN, TEXAS 78701. Plaintiff requests the Clerk of the Court to issue citation for service.

4. Defendant, **GUIDANT CORPORATION** (hereinafter "GUIDANT"), is a foreign corporation that has not designated a registered agent for service of process in Texas, and therefore, the Secretary of State is the agent for service on GUIDANT. GUIDANT is engaged in

business in Texas and does not maintain a regular place of business in Texas. This lawsuit arises from nonresident GUIDANT's business in Texas. It is believed that GUIDANT's home office is located at 4100 HAMLINE AVENUE NORTH, ST. PAUL, MINNESOTA 55112-5798. Plaintiff requests the Clerk of the Court to issue citation for service.

### III. JURISDICTION

5. The damages in this case far exceed the minimal jurisdictional requirements of this Court. The damages in this case exceed $200,000.00 but are less than $1,000,000.00. This Court has subject matter jurisdiction over the claims and has personal jurisdiction over the Defendants.

### IV. BACKGROUND/STATEMENT OF FACTS

6. On January 26, 2013, surgery was performed on Plaintiff to do a system revision of a pacemaker generator and to extract an RV lead that were originally implanted into Plaintiff in Harris County, Texas. It was discovered during the surgery that the RV lead had a marked insulation break. The insulation break was freed up and the RV lead was extracted.

7. The operative procedure was undertaken because Plaintiff had a history of sick sinus syndrome and pain in his chest. Plaintiff could also hear noise coming from the pacemaker.

### V. CAUSE OF ACTION: PRODUCT LIABILITY/STRICT LIABILITY

8. BOSTON SCIENTIFIC and/or GUIDANT were negligent in manufacturing the pacemaker and the RV lead.

9. Defendants designed, selected parts and materials for, developed, manufactured, assembled, packaged, tested, advertised, promoted, marketed and sold the pacemaker, model no. K063, serial no. 124393, and the RV lead, Guidant model no. 4136, serial no. 29107536.

10. The injuries sustained by Plaintiff were the direct and proximate result of the carelessness and negligence of the Defendants in that:

      a.     Defendants negligently designed, manufactured, tested, assembles, selected components and materials for, packaged, marketed, advertised and sold such pacemaker and RV lead.

      b.     Defendants failed to use reasonable care in the testing, manufacture, and marketing of the pacemaker and RV lead.

      c.     Defendants negligently failed to instruct or warn users of such products about its associated dangers or safe and proper methods of its use.

      d.     Defendants negligently marketed such products with express and implied advertisements, promotions, and representations that it was safe for use in pacemaker patients.

11.     Defendants expressly and impliedly warranted that such pacemaker and RV leads were safe, merchantable, and fit for use. Defendants breached their warranties because such products were unsafe, unmerchantable and unfit for use. Plaintiff relied on the warranties made by Defendants and was injured as the direct and proximate result of Defendants' breaches of warranty.

12.     Defendants manufactured, marketed and sold the pacemaker and the RV lead which were in a defective and unreasonably dangerous condition and were dangerous and defective in design. The products were unreasonably dangerous and defective in design at the time when they were marketed by the Defendants and at the time they reached the Plaintiff. Such defective and dangerous condition and design proximately caused the Plaintiff's injuries while the product was used in a manner and for a purpose reasonably anticipated and foreseeable by Defendants. Plaintiff therefore invokes the doctrine of strict liability in tort.

## VI. DAMAGES

13.     The negligent and careless acts and omissions of Defendants in the manufacturing proximately caused the injuries sustained by the Plaintiff.

14.     As a proximate result of the negligent acts and omissions of Defendants, Plaintiff has suffered great physical and mental pain, anguish, and impairment, with said damages in the sum of at least $200,000.00.

15.     As a further proximate result of the injuries and of the negligent acts and omissions of the Defendants, Plaintiff was confined to the hospital for a period of several days, which was necessary to have the pacemaker inspected and the old RV lead removed and replaced. Plaintiff has incurred expenses for those hospital services. Plaintiff has been under the care of physicians, and he has incurred expenses for those services.

16.     Plaintiff, at the time of the surgery, was employed and earning a living. As a further proximate cause of the injuries and of the negligent acts and omissions of Defendant, Plaintiff was unable to work for a period of time during and after the surgery, and therefore lost income.

## VII. RIGHT TO AMEND

17.     Plaintiff specifically reserves the right to amend and/or supplement the allegations in this petition concerning the facts, the liability of the Defendants, and damages in order to conform with the evidence as it is discovered prior to trial and introduced at the trial of this cause, in accordance with the evidence, the Texas Rules of Civil Procedure, and this Court's orders to amend.

## VIII. PRE-JUDGMENT AND POST-JUDGMENT INTEREST

18.     Plaintiff seeks to recover pre-judgment and post-judgment interest at the maximum rates permitted by law.

## IX.   PRAYER

19. Plaintiff prays that Defendants be cited to appear and answer herein, and that upon final trial, Plaintiff would have:

   a. Judgment against Defendants, jointly and severally, for actual damages in an amount that is within the jurisdictional limits of this Court;

   b. Punitive or exemplary damages against each of the Defendants in the maximum amount permitted by law as an example and by way of punishment;

   c. Pre-judgment interest at the maximum rate permitted by law;

   d. Post-judgment interest at the maximum rate permitted by law until paid in full;

   e. Costs of court; and

   f. Such other and further relief to which Plaintiff may show himself justly entitled at law or in equity.

Respectfully submitted,

**RANDY L. WOOTEN, P.C.**

By____/s/ Randy L. Wooten_____
      Randy L. Wooten
      SBN  21993400
      5625 FM 1960 Road West, Suite 214
      Houston, TX 77069-4210
      (281) 580-6419
      (281) 580-7628  Facsimile
      RLWooten@rlwootenlaw.com

**ATTORNEY FOR PLAINTIFF**



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 9, 2015

Certified Document Number:        63954670 Total Pages:  5

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

Case 4:15-cv-00414   Document 1-2   Filed in TXSD on 02/13/15   Page 8 of 29

1/23/2015 2:42:57 PM
Chris Daniel - District Clerk
Harris County
Envelope No: 3879722
By: DURISSEAU, CASSANDRA

# CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **2015-03821** / Court: **215**

STYLED **Michael R. Stanfield v. Boston Scientific Corp. and Guidant Corp.**

## 1. Contact information for person completing case information sheet:

**Name:** RANDY L. WOOTEN
**Email:** RLWOOTEN@RLWOOTENLAW.COM
**Address:** 5625 FM 1960 RD. W., STE. 214
**Telephone:** (281) 580-6419
**City/State/Zip:** HOUSTON, TX 77069
**Fax:** (281) 580-7628
**Signature:** Randy L. Wooten
**State Bar No:** 21993400

## Names of parties in case:

**Plaintiff(s)/Petitioner(s):** Michael R. Stanfield

**Defendant(s)/Respondent(s):** Boston Sci. Corp. / Guidant Corp.

## Person or entity completing sheet is:
- [x] Attorney for Plaintiff/Petitioner
- [ ] Pro Se Plaintiff/Petitioner
- [ ] Title IV-D Agency
- [ ] Other:

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract — Debt/Contract**
- [ ] Consumer/DTPA
- [ ] Debt/Contract
- [ ] Fraud/Misrepresentation
- [ ] Other Debt/Contract:

**Foreclosure**
- [ ] Home Equity—Expedited
- [ ] Other Foreclosure
- [ ] Franchise
- [ ] Insurance
- [ ] Landlord/Tenant
- [ ] Non-Competition
- [ ] Partnership
- [ ] Other Contract:

**Injury or Damage**
- [ ] Assault/Battery
- [ ] Construction
- [ ] Defamation

**Malpractice**
- [ ] Accounting
- [ ] Legal
- [ ] Medical
- [ ] Other Professional Liability:

- [ ] Motor Vehicle Accident
- [ ] Premises

**Product Liability**
- [ ] Asbestos/Silica
- [x] Other Product Liability
  List Product: **pacemaker lead**
- [ ] Other Injury or Damage:

**Real Property**
- [ ] Eminent Domain/Condemnation
- [ ] Partition
- [ ] Quiet Title
- [ ] Trespass to Try Title
- [ ] Other Property:

**Related to Criminal Matters**
- [ ] Expunction
- [ ] Judgment Nisi
- [ ] Non-Disclosure
- [ ] Seizure/Forfeiture
- [ ] Writ of Habeas Corpus—Pre-indictment
- [ ] Other:

### Family Law

**Marriage Relationship**
- [ ] Annulment
- [ ] Declare Marriage Void

**Divorce**
- [ ] With Children
- [ ] No Children

**Other Family Law**
- [ ] Enforce Foreign Judgment
- [ ] Habeas Corpus
- [ ] Name Change
- [ ] Protective Order
- [ ] Removal of Disabilities of Minority
- [ ] Other:

**Post-judgment Actions (non-Title IV-D)**
- [ ] Enforcement
- [ ] Modification—Custody
- [ ] Modification—Other

**Title IV-D**
- [ ] Enforcement/Modification
- [ ] Paternity
- [ ] Reciprocals (UIFSA)
- [ ] Support Order

**Parent-Child Relationship**
- [ ] Adoption/Adoption with Termination
- [ ] Child Protection
- [ ] Child Support
- [ ] Custody or Visitation
- [ ] Gestational Parenting
- [ ] Grandparent Access
- [ ] Parentage/Paternity
- [ ] Termination of Parental Rights
- [ ] Other Parent-Child:

**Employment**
- [ ] Discrimination
- [ ] Retaliation
- [ ] Termination
- [ ] Workers' Compensation
- [ ] Other Employment:

**Other Civil**
- [ ] Administrative Appeal
- [ ] Antitrust/Unfair Competition
- [ ] Code Violations
- [ ] Foreign Judgment
- [ ] Intellectual Property
- [ ] Lawyer Discipline
- [ ] Perpetuate Testimony
- [ ] Securities/Stock
- [ ] Tortious Interference
- [ ] Other:

**Tax**
- [ ] Tax Appraisal
- [ ] Tax Delinquency
- [ ] Other Tax

### Probate & Mental Health

*Probate/Wills/Intestate Administration*
- [ ] Dependent Administration
- [ ] Independent Administration
- [ ] Other Estate Proceedings

- [ ] Guardianship—Adult
- [ ] Guardianship—Minor
- [ ] Mental Health
- [ ] Other:

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- [ ] Appeal from Municipal or Justice Court
- [ ] Arbitration-related
- [ ] Attachment
- [ ] Bill of Review
- [ ] Certiorari
- [ ] Class Action
- [ ] Declaratory Judgment
- [ ] Garnishment
- [ ] Interpleader
- [ ] License
- [ ] Mandamus
- [ ] Post-judgment
- [ ] Prejudgment Remedy
- [ ] Protective Order
- [ ] Receiver
- [ ] Sequestration
- [ ] Temporary Restraining Order/Injunction
- [ ] Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- [ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- [ ] Less than $100,000 and non-monetary relief
- [ ] Over $100,000 but not more than $200,000
- [x] Over $200,000 but not more than $1,000,000
- [ ] Over $1,000,000

Rev 2/13



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   February 9, 2015

Certified Document Number:        63954671 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**